UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN WESLEY LONG, a single man,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TONY BECKER and JANE DOE BECKER and their marital community; BONANZA FORD INC., a Washington corporation; AUTO PLAZA USA, a Washington business and its successors; EAST SPRAGUE MOTORS & R.V.'S INC, a Washington Corporation; dba EXECUTIVE AUTO AND TRUCK; STERLING SAVINGS BANK, a Washington corporation; WELLS FARGO FINANCIAL CAR LLC, a Delaware company, licensed to do business in Washington; and WELLS FARGO FINANCIAL LEASING INC., an IOWA CORPORATION, licensed to do business in Washington,<br><br>　　　　Defendants. | NO. CV-05-262-RHW<br><br>**ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO CONTINUE HEARING; DISMISSING WELLS FARGO DEFENDANTS AND DEFENDANT EAST SPRAGUE MOTORS & RV** |

　　Before the Court is Defendant Sterling Savings Bank's Stipulated Motion to Continue Hearing (Ct. Rec. 15). The parties ask that the hearing on Plaintiff's Motion for Partial Summary Judgment be continued and the deadline for filing responses to the motion be extended.

　　Also before the Court are Plaintiff's Motion for Dismissal of All Claims Against East Sprague Motors & RV (Ct. Rec. 8), and Plaintiff's Voluntary

**ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO CONTINUE HEARING; DISMISSING WELLS FARGO DEFENDANTS AND DEFENDANT EAST SPRAGUE MOTORS & RV ~ 1**

Dismissal of All Claims Against All Wells Fargo Defendants (Ct. Rec. 3).

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Sterling Savings Bank's Stipulated Motion to Continue Hearing (Ct. Rec. 15) is **GRANTED**.

2. Oral argument on Plaintiff's Motion for Partial Summary Judgment (Ct. Rec. 4) is **set** for **October 21, 2005**, at 1:30 p.m., in Spokane, Washington.

3. Defendant Sterling Savings Bank shall file its response to Plaintiff's Motion for Partial Summary Judgment on or before September 28, 2005.

4. Plaintiff's reply brief is due five (5) days after Plaintiff receives Defendant's responsive brief.

5. Plaintiff's Motion for Dismissal of All Claims Against East Sprague Motors & RV (Ct. Rec. 8) is **GRANTED**.

6. All claims in the above-captioned case against Defendant East Sprague Motors & RV are **DISMISSED**.

7. All claims in the above-captioned case against the Wells Fargo Defendants are **DISMISSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 28th day of September, 2005.

s/ ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\Long\cont.wpd

**ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO CONTINUE HEARING; DISMISSING WELLS FARGO DEFENDANTS AND DEFENDANT EAST SPRAGUE MOTORS & RV ~ 2**